### 470.  ALBANY AND NORTHERN RAILWAY *v.* RAWLS.

HILL, C. J.  No error of law is assigned, and the verdict is supported by some evidence. This court can not interfere.

*Judgment affirmed.*

Action for damages, from city court of Albany—Judge Crosland. March 29, 1907.

Argued October 14,—Decided November 11, 1907.

*Lane, Maynard & Hooper, Pope & Bennet,* for plaintiff in error.
*Mann & Milner,* contra.